UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RANDY MICHAEL BULLOCK,**

    **Plaintiff,**

                                                      **Civil Action 2:11-cv-00257**
**v.**                                                  **JUDGE GREGORY L. FROST**
                                                  **Magistrate Judge E.A. Preston Deavers**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendants.**

## ORDER

This matter is before the Court for consideration of the February 08, 2012 Report and Recommendation of the Magistrate Judge.  (ECF No. 15.)  The Magistrate Judge recommended that the Court affirm the decision of the Commissioner of Social Security ("Commissioner").

The Report and Recommendation of the Magistrate Judge specifically advised the parties that failure to object to the Report and Recommendation within fourteen days results in a "waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court."  (Report & Recommendation 22, ECF No. 15.)  The time period for filing objections to the Report and Recommendation has expired.  No party has objected to the Report and Recommendation.

The Court reviewed the Report and Recommendation of United States Magistrate Judge Elizabeth A. Preston Deavers to whom this case was referred pursuant to 28 U.S.C. § 636(b).  Noting that no objections have been filed and that the time for filing such objections has expired,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge. Accordingly, the decision of the Commissioner is **AFFIRMED**.

  **IT IS SO ORDERED.**

             /s/ Gregory L. Frost
             **GREGORY L. FROST**
             **UNITED STATES DISTRICT JUDGE**